UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICIA RICKENBACKER,

                        Plaintiff,

                                                                          **ORDER**

          -against-                                            CV 10-823 (SJF)(ARL)

TARGET CORP.,

                        Defendant.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      Before the court is defendant's letter application seeking guidance with respect to the submission of the joint pretrial order and counsel's attendance at the final conference scheduled for today. Defendant is directed to submit its version of the pretrial order today, and counsel's appearance at today's final conference is waived in light of plaintiff's inability to appear.

      To date, plaintiff has failed to request an adjournment of the final conference before the undersigned within 48 hours of the scheduled appearance as required under the undersigned's individual practices. In addition, plaintiff has not requested an extension of the court's deadline to submit the joint pretrial order. Accordingly, by close of business tomorrow, October 27, 2010, plaintiff must submit a joint pretrial order. Failure to comply with this order will result in sanctions, which may include preclusion.

      To the extent that the parties have a conference scheduled before District Judge Feuerstein on October 27, 2010, the parties are directed to attend the conference in the absence of an order from Judge Feuerstein to the contrary.

Dated: Central Islip, New York            **SO ORDERED:**
       October 26, 2010
                                                               _____
                                                              ARLENE ROSARIO LINDSAY
                                                               United States Magistrate Judge